1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10    ARYAN W. DUNTLEY,                    Civil No.    06-cv-2026-L (POR)

11                           Plaintiff,    **ORDER DENYING MOTION FOR**
                                           **APPOINTMENT OF COUNSEL**
12          v.
                                           **[Dkt. No. 21]**
13    ROBERT J. HERNANDEZ, Warden; BILL
      LOCKYER, Attorney General,
14                           Defendant.

15

16         On April 3, 2008, this Petition for Writ of Habeas Corpus was denied by the Honorable M.

17    James Lorenz.  (Dkt. No. 17.)  On April 28, 2008, Petitioner, proceeding *pro se*, filed a Notice of

18    Appeal as well as a Motion for Appointment of Counsel.  (Dkt. No. 21.)  On May 5, 2008, Judge

19    Lorenz ordered that a Certificate of Appealability will not issue in Petitioner's case.  (Dkt. No. 23.)

20    Judge Lorenz's order noted that Petitioner does not require certification to bring his appeal because

21    Petitioner challenges an administrative decision regarding the execution of his sentence rather than

22    his underlying conviction.

23         A Clerk's Judgement has been entered, closing Petitioner's case with this Court. (Dkt. No.

24    18.)  Petitioner's remaining recourse is an appeal of Judge Lorenz's decision, and  Petitioner's

25    Notice of Appeal indicates that Petitioner intends to take that action.  (Dkt. No. 19.)  Therefore,

26    Petitioner's Motion for Appointment of Counsel is HEREBY DENIED AS MOOT, WITHOUT

27    PREJUDICE to Petitioner's requesting counsel if his case again comes before the United States

28    District Court for the Southern District of California.  If Petitioner desires to obtain legal

                                        - 1 -                                    06cv2026

1  representation for his appeal, Petitioner should request appointment of counsel from the United

2  States Court of Appeals for the Ninth Circuit, rather than from this Court.

3        IT IS SO ORDERED.

4

5  DATED:  May 9, 2008

6

7                                             LOUISA S PORTER
                                             United States Magistrate Judge
8

9  cc:        The Honorable M. James Lorenz

10             all parties

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28